IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BILLIE KENNEDY,**

    **Plaintiff,**

**v.**     **No. 16cv1346 RB/KBM**

**NEW MEXICO ORTHOPAEDIC SURGERY
CENTER, L.P., INTERNATIONAL,**

    **Defendants.**

## O R D E R

    **THIS MATTER** came before the Court on Plaintiff's Unopposed Motion to Amend Complaint to Add Party (Doc. 19). Plaintiff seeks leave to amend the Complaint to add Ortholink/New Mexico ASC, Inc. as a Defendant and for the Amended Complaint to relate back to the filing of the original Complaint. Defendants do not oppose the motion. Notably, discovery has recently commenced, no pretrial deadlines have passed, and all parties will have sufficient opportunity for discovery. Additionally, neither the current Defendants nor Ortholink/New Mexico ASC, Inc. would be unduly prejudiced by the adding of this additional party. Under these circumstances, the Court finds that Plaintiff's Unopposed Motion to Amend Complaint to Add Party should be granted.

    **IT IS SO ORDERED.**

_____
**ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE**