IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BILLIE KENNEDY,<br><br>    Plaintiff,<br><br>v.<br><br>NEW MEXICO ORTHOPAEDIC SURGERY CENTER, L.P.,<br>UNITED SURGICAL PARTNERS, INTERNATIONAL,<br>ORTHOLINK/NEW MEXICO ASC, INC.<br><br>    Defendants. | )<br>)<br>)<br>)  Civ. Action No.: 1:16-cv-01346-RB-KBM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Billie Kennedy and Defendants New Mexico Orthopaedic Surgery Center, L.P., United Surgical Partners, International, and Ortholink/New Mexico ASC, Inc., and submit their Notice of Settlement respectfully stating as follows:

1. The Parties hereby notify the Court that the disputed issues have been resolved.

2. The Parties intend to file dismissal documents within the next thirty (30) days.

Respectfully submitted,

/s/ Cassandra Brown_____
Cassandra Brown
Weed Law Firm, LLC
1171 Montoya Rd. Suite D
Bernalillo, NM 87004
505-771-3544
Cassandra.brown@weedlawfirmllc.com
ATTORNEY FOR PLAINTIFF

/s/ Corey E. Tanner_____
Michael W. Fox
Texas State Bar No. 07335500
michael.fox@ogletreedeakins.com
Corey E. Tanner
Texas State Bar No. 24071193

corey.tanner@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
512.344.4700
512.344.4701 (Fax)
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of January, 2018, I electronically filed the foregoing, *Notice of Settlement*, via the Court ECF system, which will forward a true and correct copy to:

Cassandra Brown
Weed Law Firm, LLC
1171 Montoya Rd. Suite D
Bernalillo, NM 87004
505-771-3544
Cassandra.brown@weedlawfirmllc.com

*/s/ Corey E. Tanner*
Corey E. Tanner

32753445.1

2